IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS AMADIO, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN GLENN, et al. | : | NO. 09-4937 |

ORDER

AND NOW, this 1st day of February, 2011, upon consideration of plaintiffs' motion to preclude the opinion testimony of Drs. Kohler and Moberg related to the results of the MMPI-2 test and to preclude any expert testimony related to credibility (docket entry # 15), defendants' motion to preclude any and all evidence, whether testimonial or otherwise, regarding plaintiffs' expert, Kenneth Creech (docket entry # 16), and defendants' motion to preclude any and all evidence, whether testimonial or otherwise, of Dr. Robert Cancro's opinion that plaintiff suffered a traumatic brain injury pursuant to Fed. R. Evid. 702 and 403 (docket entry # 17), and in accordance with the accompanying memorandum, it is hereby ORDERED that:

    1.   Plaintiffs' motion to preclude the opinion testimony of Drs. Kohler and Moberg related to the results of the MMPI-2 test and to preclude any expert testimony related to credibility (docket entry # 15) is GRANTED;

2. Defendants' motion to preclude any and all evidence, whether testimonial or otherwise, regarding plaintiffs' expert, Kenneth Creech (docket entry # 16) is GRANTED;

3. Defendants' motion to preclude any and all evidence, whether testimonial or otherwise, of Dr. Robert Cancro's opinion that plaintiff suffered a traumatic brain injury pursuant to Fed. R. Evid. 702 and 403 (docket entry # 17) is DENIED; and

4. The parties shall FILE any motions for summary judgment by February 22, 2011, with responses thereto by March 15, 2011, and any reply, not to exceed ten pages, by March 22, 2011.

BY THE COURT:


\_\_\s\Stewart Dalzell